# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D22-2605
LT Case No. 2018-CF-002600

———————————————

MARKEY MORRISON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Marion County.
Peter M. Brigham, Judge.

Matthew Metz, Public Defender, and Jane Almy,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and
Robin A. Compton, Daytona Beach, for Appellee.


August 25, 2023


PER CURIAM.

    In this *Anders*[1] appeal, we affirm the revocation of probation and the judgment and sentence imposed upon Morrison, as well as

---

[1] *Anders v. California*, 386 U.S. 738 (1967).

the trial court's order denying Morrison's motion to withdraw his plea. Because the record does not include a written revocation order that identifies the terms and conditions of probation violated, the trial court on remand is instructed to enter a written revocation order that specifies the terms and conditions of probation that Morrison was found to have violated as orally pronounced. *See Barber v. State*, 342 So. 3d 297, 297 (Fla. 5th DCA 2022); *Mack v. State*, 694 So. 2d 130, 130 (Fla. 5th DCA 1997).

AFFIRMED and REMANDED with instructions.

MAKAR, EISNAUGLE, and SOUD, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

2